UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br>-v-<br>ERNEST MURPHY,<br>Defendant. | No. 18-cr-373-11 (RJS) |
| ERNEST MURPHY,<br>Petitioner,<br>-v-<br>UNITED STATES OF AMERICA,<br>Respondent. | No. 23-cv-1937 (RJS)<br><br>ORDER |

RICHARD J. SULLIVAN, Circuit Judge:

In its reply brief, the government refers to "an Unsealing Order, signed by the Honorable P. Kevin Castel on September 11, 2018, authorizing the Government to obtain state sealed records pertaining to the defendant and other Crew members." (Doc. No. 1103 at 7 n.5.) The government, however, provides no citation or docket number for that order. (*Id.*) IT IS HEREBY ORDERED THAT the government shall, by September 4, 2026, submit to the Court a copy of that order with its docket number.

SO ORDERED.

Dated: August 28, 2026
New York, New York

RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation